[No. 22544-5-III.   Division Three.   December 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD STEPHEN JOHNSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01796-6, Jerome J. Leveque, J., entered November 12, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22578-0-III.   Division Three.   December 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02755-4, Tari S. Eitzen, J., entered November 24, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 49877-1-I.   Division One.   December 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA MILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 00-1-00193-3, Alan R. Hancock, J., entered January 22, 2002. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker and Kennedy, JJ.

[Nos. 52239-6-I; 52287-6-I.   Division One.   December 20, 2004.]

NAVEEN K. JAIN, ET AL., *Appellants*, v. RICHARD FOWLER, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King County, No. 00-2-17564-7, Helen Halpert, J., entered October 14 and November 7, 2002, and March 28, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Agid, J.